Official Form 1 (1/08)

# United States Bankruptcy Court
### DISTRICT OF *PUERTO RICO*

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>REITTER CORPORATION,<br>a Corporation | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>dba HOSPITAL SAN GERARDO | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): 66-0464389 | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>ROAD 848, KM. 0.5<br>CUPEY BAJO<br>San Juan PR  ZIPCODE 00926 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>MCS 250<br>AVE. WINSTON CHURCHILL #138<br>San Juan PR  ZIPCODE 00926 | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): SAME | ZIPCODE |

**Type of Debtor** (Form of organization)
(Check **one** box.)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check **one** box.)
- [X] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [X] Debts are primarily business debts.

**Chapter 11 Debtors:**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

THIS SPACE IS FOR COURT USE ONLY

**Statistical/Administrative Information**
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| [ ] | [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **REITTER CORPORATION, a Corporation** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years | (If more than two, attach additional sheet) | |
| --- | --- | --- |
| Location Where Filed: *PUERTO RICO* | Case Number: *05-05142 (ESL)* | Date Filed: *06/02/2005* |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor | (If more than one, attach additional sheet) | |
| --- | --- | --- |
| Name of Debtor: *NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☒ Exhibit A is attached and made a part of this petition | X _____ 8/ 6/2010 <br> Signature of Attorney for Debtor(s)                     Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**REITTER CORPORATION, a Corporation**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

8/ 6/2010
(Date)

### Signature of Attorney*

X **/s/ ALEXIS FUENTES-HERNANDEZ**
Signature of Attorney for Debtor(s)

**ALEXIS FUENTES-HERNANDEZ 217201**
Printed Name of Attorney for Debtor(s)

**ALEXIS FUENTES-HERNANDEZ**
Firm Name

**P.O.BOX 9022726**
Address

**SAN JUAN PR  00902-2726**

**787-607-3436**
Telephone Number

**8/ 6/2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ DR. JORGE A. VALDESUSO**
Signature of Authorized Individual

**DR. JORGE A. VALDESUSO**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**8/ 6/2010**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re REITTER CORPORATION, a Corporation  
dba HOSPITAL SAN GERARDO

Case No.  
Chapter 11

_____ / Debtor

Attorney for Debtor: ALEXIS FUENTES-HERNANDEZ

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a) For legal services rendered or to be rendered in contemplation of and in connection with this case ........................................ $ *hourly*
    b) Prior to the filing of this statement, debtor(s) have paid .............. $ 7,500.00
    c) The unpaid balance due and payable is .......................... $ 0.00

3. $ 1,039.00 of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
    a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*

Dated: 8/ 6/2010      Respectfully submitted,

X /s/ ALEXIS FUENTES-HERNANDEZ  
Attorney for Petitioner: ALEXIS FUENTES-HERNANDEZ  
ALEXIS FUENTES-HERNANDEZ  
P.O.BOX 9022726  
SAN JUAN PR 00902-2726

787-607-3436

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re  REITTER CORPORATION  
    a  Corporation  
       dba HOSPITAL SAN GERARDO

Case No.  
Chapter  11

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>DEPARTMENT OF TREASURY OF PR<br>PO BOX 9022501<br>SAN JUAN PR   00902-2501 | Phone:<br>DEPARTMENT OF TREASURY OF PR<br>PO BOX 9022501<br>SAN JUAN PR   00902-2501 | TAXES, INTEREST & PENALTIES | | $ 2,242,386.76 |
| 2<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA PA   19114-0326 | Phone:<br>INTERNAL REVENUE SERVICE<br>P.O. BOX 21126<br>PHILADELPHIA PA   19114-0326 | TAXES, INTEREST & PENALTIES | | $ 1,887,946.42 |
| 3<br>AUTORIDAD DE ENERGIA ELECTRICA<br>P.O. BOX 363508<br>San Juan PR   00936 | Phone:<br>AUTORIDAD DE ENERGIA ELECTRICA<br>P.O. BOX 363508<br>San Juan PR   00936 | Utility Bills | | $ 579,879.67 |
| 4<br>STATE INSURANCE FUND<br>P.O. BOX 365028<br>SAN JUAN PR   00936-5028 | Phone:<br>STATE INSURANCE FUND<br>P.O. BOX 365028<br>SAN JUAN PR   00936-5028 | Worksmens Compensation Insurance | | $ 547,620.68 |
| 5<br>GMS MEDICAL GROUP, PSC<br>PMB 99, BOX 2500<br>Trujillo Alto PR   00977 | Phone:<br>GMS MEDICAL GROUP, PSC<br>PMB 99, BOX 2500<br>Trujillo Alto PR   00977 | Professional Services | | $ 331,793.50 |

_____,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>DEPARTMENT OF LABOR OF PR<br>P.O. BOX 1020<br>SAN JUAN PR  00919-1020 | Phone:<br>DEPARTMENT OF LABOR OF PR<br>P.O. BOX 1020<br>SAN JUAN PR  00919-1020 | SUTA | | $ 251,030.20 |
| 7<br>MEDINTEK, CORP.<br>PMB 42<br>382 SAN CLAUDIO AVE.<br>San Juan PR  00926-9910 | Phone:<br>MEDINTEK, CORP.<br>PMB 42<br>382 SAN CLAUDIO AVE.<br>San Juan PR  00926-9910 | Medical Equipment | | $ 205,000.00 |
| 8<br>PRESTIGE MEDICAL GROUP, LJC<br>145 CALLE GUARAGUAO<br>URB. MONTEHIEDRA<br>San Juan PR  00926 | Phone:<br>PRESTIGE MEDICAL GROUP, LJC<br>145 CALLE GUARAGUAO<br>URB. MONTEHIEDRA<br>San Juan PR  00926 | Medical Services | | $ 197,978.76 |
| 9<br>AON RISK SERVICES OF PR, INC.<br>P.O. BOX 191229<br>San Juan PR  00919-1229 | Phone:<br>AON RISK SERVICES OF PR, INC.<br>P.O. BOX 191229<br>San Juan PR  00919-1229 | Insurances | | $ 129,150.46 |
| 10<br>INFO MEDIKA INC.<br>PO BOX 11095<br>CAPARRA HEIGHTS STA<br>San Juan PR  00922 | Phone:<br>INFO MEDIKA INC.<br>PO BOX 11095<br>CAPARRA HEIGHTS STA<br>San Juan PR  00922 | Lease of Software | | $ 120,682.61 |
| 11<br>MUNOZ, BONETA, PERALTA PSC<br>ATT. ROGELIO MUNOZ<br>P.O. BOX 191979<br>San Juan PR  00919-1979 | Phone:<br>MUNOZ, BONETA, PERALTA PSC<br>ATT. ROGELIO MUNOZ<br>P.O. BOX 191979<br>San Juan PR  00919-1979 | Legal Services | | $ 112,094.09 |
| 12<br>IRMA VARGAS RAMOS, MD<br>SUITE 112, MSO 271<br>100 GRAN BULEVAR PASEOS<br>San Juan PR  00926-5955 | Phone:<br>IRMA VARGAS RAMOS, MD<br>SUITE 112, MSO 271<br>100 GRAN BULEVAR PASEOS<br>San Juan PR  00926-5955 | Professional Services | | $ 60,040.75 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 13<br>DP & G GENERAL CONTRACTOR<br>BLVD. 600<br>342 ARBOLES DE MONTEHIEDRA<br>San Juan PR 00926 | Phone:<br>DP & G GENERAL CONTRACTOR<br>BLVD. 600<br>342 ARBOLES DE MONTEHIEDRA<br>San Juan PR 00926 | Construction Services | | $ 57,507.00 |
| 14<br>BORINQUEN ANESTHESIOLOGY<br>P.O. BOX 1604<br>Aibonito PR 00705 | Phone:<br>BORINQUEN ANESTHESIOLOGY<br>P.O. BOX 1604<br>Aibonito PR 00705 | Professional Services | | $ 53,857.00 |
| 15<br>RAFAEL DIAZ GAUTIER<br>SUITE 112, MSC 481<br>100 GRAN BOULEVARD<br>San Juan PR 00926 | Phone:<br>RAFAEL DIAZ GAUTIER<br>SUITE 112, MSC 481<br>100 GRAN BOULEVARD<br>San Juan PR 00926 | Professional Services | | $ 48,848.00 |
| 16<br>DROGUERIA CASTILLO<br>P.O. BOX 191149<br>San Juan PR 00919-1149 | Phone:<br>DROGUERIA CASTILLO<br>P.O. BOX 191149<br>San Juan PR 00919-1149 | Medical Supplies | | $ 46,070.10 |
| 17<br>JAVIER CASTILLO<br>P.O. BOX 195039<br>San Juan PR 00919-5039 | Phone:<br>JAVIER CASTILLO<br>P.O. BOX 195039<br>San Juan PR 00919-5039 | Professional Services | | $ 45,100.00 |
| 18<br>INTERBORO SYSTEMS CORPORATION<br>206 SAN JORGE ST.<br>San Juan PR 00912-3311 | Phone:<br>INTERBORO SYSTEMS CORPORATION<br>206 SAN JORGE ST.<br>San Juan PR 00912-3311 | Payroll Software | | $ 33,926.36 |
| 19<br>PUERTO RICO SALES & MED. SERV.<br>CAMPO RICO OFFICE PLAZA<br>SUITE 112<br>Carolina PR 00983 | Phone:<br>PUERTO RICO SALES & MED. SERV.<br>CAMPO RICO OFFICE PLAZA<br>SUITE 112<br>Carolina PR 00983 | Medical Equipment | | $ 29,023.87 |
| 20<br>BALLESTER HERMANOS<br>P.O. BOX 364548<br>San Juan PR 00936-4548 | Phone:<br>BALLESTER HERMANOS<br>P.O. BOX 364548<br>San Juan PR 00936-4548 | Supplies | | $ 16,288.25 |

, Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, _DR. JORGE A. VALDESUSO_, _President_ of the _Corporation_ named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that they are true and correct to the best of my knowledge, information and belief.

Date: _8/6/2010_    Signature _/s/ DR. JORGE A. VALDESUSO_
            Name: _DR. JORGE A. VALDESUSO_
            Title: _President_

UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

In re REITTER CORPORATION, a Corporation
   dba HOSPITAL SAN GERARDO

Case No.
Chapter 11

_____ / Debtor

Attorney for Debtor:   ALEXIS FUENTES-HERNANDEZ

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached list of creditors, which consists of ___5___ pages, is true, correct and complete to the best of my knowledge.

Date: 8/ 6/2010

/s/ DR. JORGE A. VALDESUSO
Debtor

/s/ ALEXIS FUENTES-HERNANDEZ
ALEXIS FUENTES-HERNANDEZ
Attorney for the debtor(s)
P.O.BOX 9022726
SAN JUAN, PR  00902-2726

REITTER CORPORATION
MCS 250
AVE. WINSTON CHURCHILL #138
San Juan, PR  00926


ALEXIS FUENTES-HERNANDEZ
P.O.BOX 9022726
SAN JUAN, PR  00902-2726


A TODO COLOR PRINTING
AVE. LOMAS VERDE IC 148
PMB 144
Bayamon, PR  00956


ANDA, INC.
P.O. BOX 930219
Atlanta, GA  31193-0219


AON RISK SERVICES OF PR, INC.
P.O. BOX 191229
San Juan, PR  00919-1229


ATLANTIS BIOLOGICALS
20101 NE 16 PLACE
Miami, FL  33179


AUTORIDAD DE ENERGIA ELECTRICA
P.O. BOX 363508
San Juan, PR  00936


BALLESTER HERMANOS
P.O. BOX 364548
San Juan, PR  00936-4548


BANCO POPULAR DE PR
P.O. BOX 362708
SAN JUAN, PR  00936-2708


BORINQUEN ANESTHESIOLOGY
P.O. BOX 1604
Aibonito, PR  00705

CADILLAC UNIFORM
P.O. BOX 1893
Bayamon, PR   00960


CLENDO REFERENCE LAB
PO BOX 549
Bayamon, PR   00960


CROSS MEDICAL
450 ANDBRO DRIVE
SUITE 7
Pitman, NJ   08071


DEPARTMENT OF LABOR OF PR
P.O. BOX 1020
SAN JUAN, PR   00919-1020


DEPARTMENT OF TREASURY OF PR
PO BOX 9022501
SAN JUAN, PR   00902-2501


DP & G GENERAL CONTRACTOR
BLVD. 600
342 ARBOLES DE MONTEHIEDRA
San Juan, PR   00926


DROGUERIA BETANCES
P.O. BOX 368
Caguas, PR   00726


DROGUERIA CASTILLO
P.O. BOX 191149
San Juan, PR   00919-1149


EMDEON CORPORATION
13093 COLLECTION CENTER DRIVE
CHICAGO, IL   60693-0130


GMS MEDICAL GROUP, PSC
PMB 99, BOX 2500
Trujillo Alto, PR   00977

H.R. COLON ESTEVA
RADIOLOGY, PSC.
Guaynabo, PR  00965



HALL PUERTO RICO
M-228, HIGHWAY N.2
VILLA CAPARRA
Guaynabo, PR  00966-1913



HOSPIRA PUERTO RICO, LLC
P.O. BOX 71365
San Juan, PR  00936-8465



IGOR J. DOMINGUEZ LAW OFFICES
VIG TOWER SUITE 1105
1225 AVE. PONCE DE LEON
San Juan, PR  00907-3921



IMAGE FIRST DUI, INC.
P.O. BOX 371325
Cayey, PR  00737-1325



INFO MEDIKA INC.
PO BOX 11095
CAPARRA HEIGHTS STA
San Juan, PR  00922



INSTITUTO MEDICO PERCOR
MCS 250
AVE. WINSTON CHURCHILL #138
San Juan, PR  00926



INTERBORO SYSTEMS CORPORATION
206 SAN JORGE ST.
San Juan, PR  00912-3311



INTERNAL REVENUE SERVICE
P.O. BOX 21126
PHILADELPHIA, PA  19114-0326



IRMA VARGAS RAMOS, MD
SUITE 112, MSO 271
100 GRAN BULEVAR PASEOS
San Juan, PR  00926-5955

JAVIER CASTILLO
P.O. BOX 195039
San Juan, PR  00919-5039



JORGE DEL VALLE CORDOVA
P.O. BOX 365041
San Juan, PR  00936-5041



LABORATORIO CLINICO TOLEDO
CALLE PALMA #51
Arecibo, PR  00612



MEDINTEK, CORP.
PMB 42
382 SAN CLAUDIO AVE.
San Juan, PR  00926-9910



MEDLINE INDUSTRIES, INC.
SUITE 359
ZMS PLAZA RIO HONDO
Bayamon, PR  00961-3100



MILLENIUM SURGICAL DEVICE, INC
352 SAN CLAUDIO AVE.
BOX 343
San Juan, PR  00926



MUNOZ, BONETA, PERALTA PSC
ATT. ROGELIO MUNOZ
P.O. BOX 191979
San Juan, PR  00919-1979



NORTHWESTERN SELECTA, INC.
P.O. BOX 10718
San Juan, PR  00922-0718



PRESTIGE MEDICAL GROUP, LJC
145 CALLE GUARAGUAO
URB. MONTEHIEDRA
San Juan, PR  00926



PROFESSIONAL PLUMBING SERVICES
CARLOS LAUREANO
CALLE TEXIDOR #312
San Juan, PR  00917

PUERTO RICO SALES & MED. SERV.
CAMPO RICO OFFICE PLAZA
SUITE 112
Carolina, PR   00983


R T INTERCOM SERVICES
RR 7 VILLAS DE CARAIZO
BUZON 216
San Juan, PR   00926


RAFAEL DIAZ GAUTIER
SUITE 112, MSC 481
100 GRAN BOULEVARD
San Juan, PR   00926


RODMART AMBULANCE SERVICES INC
P.O. BOX 11916
San Juan, PR   00922-1916


RUTH E. ZAMORA SANTOS
URB. PUERTO NUEVO
#1135 CALLE CANADA
San Juan, PR   00920


STATE INSURANCE FUND
P.O. BOX 365028
SAN JUAN, PR   00936-5028